UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | NO. CR-08-6027-LRS |
| Plaintiff, ) | |
| ) | ORDER ON MOTION FOR EXPEDITED |
| v.                ) | BAIL REVIEW AND AMENDED MOTION |
| ) | FOR DETENTION |
| ) | |
| JASON PAUL CHRISTENSEN,      ) | **(Ct. Recs. 26, 29, 33)** |
| ) | |
| Defendant. ) | |
| _____) | |

On November 10, 2008, the court considered defendant's motion to reconsider (Ct. Rec. 26) on an expedited (Ct. Rec. 29) basis. The court entered a prior order granting the government's motion for detention.  (Ct. Rec. 24.)  Also on November 10, 2008, prior to the hearing, the government filed an amended motion for detention hearing.  (Ct. Rec. 33.)  The government was represented by Thomas Hanlon and defendant was present with counsel Rick Lee Hoffman.

The court considered the arguments of both counsel and the Second Supplemental Pre-trial Services Report of James Moon, U.S. Probation officer.

**IT IS ORDERED:**

1.  That defendant's motion for bail review (**Ct. Rec. 26**) is **GRANTED**.

2.  That defendant's motion to expedite (**Ct. Rec. 29**)

ORDER ON MOTION FOR BAIL REVIEW
 - 1

hearing on the bail review motion is **GRANTED.**

3.   That the government's amended motion for detention (**Ct. Rec. 33**) is **DENIED.**

4.   That the United States Marshal shall keep the defendant in custody until receipt of a Form 199C signed by the Court and all the conditions have been met.

**IT IS FURTHER ORDERED:**

That the release of the defendant is subject to the following conditions:

1. The defendant shall sign a percentage bond in the amount of $500,000.00 (five hundred thousand) dollars with $50,000 (10%) to be posted with the Clerk of the Court.  The percentage bond shall be signed by the defendant, the defendant's wife, and the defendant's father.

2. The defendant shall not commit any offense in violation of federal, state or local law.  If the defendant does have contact with law enforcement, the defendant shall contact her attorney and U.S. Probation within 24 hours.

3.   The defendant shall advise the court and the U. S. attorney in writing before any change in address.

4.   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

5.   The defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

6.   The defendant shall remain in the Eastern District of Washington and/or the Southern District of California while the case is pending unless given prior written permission from the

ORDER ON MOTION FOR BAIL REVIEW
 - 2

1 | U.S. Probation office.

2 |       7.    The defendant shall maintain or actively seek
3 | employment.   Any employment involving sales or the use of a
4 | computer for internet/customer based purposes requires
5 | notification to the employer of the charges against the defendant,
6 | to be verified by the U.S. Probation/Pretrial Services officer.
7 | The defendant is not authorized to use a computer outside of
8 | employment reasons without the prior permission of the U.S.
9 | Probation/Pretrial Services officer.

10 |       8.    The defendant shall not possess a firearm, destructive
11 | device or other dangerous weapon.

12 |       9.    Defendant is further advised, pursuant to 18 U.S.C. §
13 | 922(n), it is unlawful for any person who is under indictment for
14 | a crime punishable by imprisonment for a term exceeding one year
15 | to ship or transport in interstate or foreign commerce any firearm
16 | or ammunition or receive any firearm or ammunition which has been
17 | shipped or transported in interstate or foreign commerce.

18 |       10.   The defendant shall phone his attorney at least once per
19 | week and as directed.

20 |       11.   The defendant shall report to the United States
21 | Probation Office within 24 hours of his release and shall report
22 | at such times and in such manner as they direct.

23 |       **You are advised that a violation of any of the foregoing**
24 | **conditions of release may result in the immediate issuance of a**
25 | **warrant for your arrest, revocation of your release and**
26 | **prosecution for contempt of court which could provide for**
27 | **imprisonment, a fine or both.   Specifically, you are advised that**
28 | **a separate offense is established by the knowing failure to appear**

ORDER ON MOTION FOR BAIL REVIEW
 - 3

1 **and that an additional sentence may be imposed for the commission**

2 **of a crime while on this release.  In this regard, any sentence**

3 **imposed for these violations is consecutive to any other sentence**

4 **you may incur.**

5         DATED this 10th day of November, 2008.

6

7                                         *s/James P. Hutton*
                                         JAMES P. HUTTON
8                                   U.S. MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON MOTION FOR BAIL REVIEW
 - 4