PROB 12C
(6/16)

Report Date: March 14, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 15 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason Paul Christensen                Case Number: 0980 2:08CR06027-LRS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: October 15, 2009

Original Offense:        Mail Fraud, 18 U.S.C. § 1341; Money Laundering, 18 U.S.C. § 1956(a)(1)(A)(i)

Original Sentence:       Prison - 109 months               Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorneys Office             Date Supervision Commenced: September 27, 2016

Defense Attorney:        Federal Defenders Office          Date Supervision Expires: September 26, 2019

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.<br><br>**Supporting Evidence**: Mr. Christensen released from custody on September 27, 2016, and commenced supervised release in the Central District of California.<br><br>Mr. Christensen, violated his conditions of supervised release, in the Central District of California, by failing to submit restitution payments as ordered by the Court, for the months of December 2017, January and February 2018. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Christensen released from custody on September 27, 2016, and commenced supervised release in the Central District of California.<br><br>Mr. Christensen violated his conditions of supervised release, in the Central District of California, by failing to submit monthly supervision reports as directed in January and |

Prob12C
Re: Christensen, Jason Paul
March 14, 2018
Page 2

February 2018.

3     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Christensen released from custody on September 27, 2016, and commenced supervised release in the Central District of California.

Mr. Christensen violated his conditions of supervised release, in the Central District of California, by failing to contact his supervising officer as directed on January 12, 2018. In addition, Mr. Christensen failed to report as directed on February 26 and March 5, 2018.

On January 12, 2018, the supervising officer in the Central District of California left a voice mail and text message for the offender instructing him to call his supervising officer. He failed to return the supervising officer's phone call as directed.

In addition, On February 22, 2018, the supervising probation officer again attempted to contact Mr. Christensen via voice message, text message, and email with instructions to call back and to report to the supervising probation officer on February 26, 2018. Mr. Christensen failed to call back or report as instructed. Further, a letter was mailed to Mr. Christensen at his last reported address with instructions to report to the probation officer on March 5, 2018. Mr. Christensen failed to report as instructed and the letter was later received "return to sender." Mr. Christensen's current whereabouts are unknown and it appears he has absconded from supervision.

4     **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Christensen released from custody on September 27, 2016, and commenced supervised release in the Central District of California.

On January 5, 2018, Mr. Christensen submitted an electronic supervision report for the month of December 2017. On this report, he added new employment, as a Commission Model earning $25 per hour working 40 hours per week. The supervising probation officer contacted the reported employer to verify employment; however, it was reported that Mr. Christensen had never worked there. In fact, it was reported that Mr. Christensen had "modeled" on one occasion as a client, not as an employee.

5     **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Christensen released from custody on September 27, 2016, and commenced supervised release in the Central District of California.

Mr. Christensen violated his conditions of supervised release, in the Central District of California, by failing to notifying the supervising officer of a change in his residence since January 29, 2018.

On January 29, 2018, the supervising probation officer attempted to contact Mr. Christensen

Prob12C
Re: Christensen, Jason Paul
March 14, 2018
Page 3

at his last reported residence. Upon arrival, the probation officer noticed the mobile home was vacant with a real estate sign on the front lawn. The mobile home windows visibly displayed the empty interior of the residence. The probation officer attempted to call Mr. Christensen, and again left a voice mail, a text message and an email instructing him to call back; however, he did not respond.

Later that same day, the supervising probation officer made contact telephonically with Mr. Christensen's mother and brother. Both confirmed that Mr. Christensen moved out of the residence in early January 2018; however, they did not know of his whereabouts.

Mr. Christensen's mother indicated that she has sporadic contact with him; she last reported seeing him 3 days prior as he stopped by her home. During that visit, she reported providing him with food and money at his request. She stated when she asked her son where he lived and with whom, he claimed he had "people" that were taking care of him and no one should worry about him.

His mother confirmed that Mr. Christensen continued to have his phone and email, but he hasn't responded to her calls or messages. The supervising probation officer requested that she relay a message the next time she sees him to report to the supervising officer. It is clear that Mr. Christensen has not made any effort to report or contact his supervising probation officer and his current whereabouts are unknown. It appears Mr. Christensen has absconded from supervision

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 14, 2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/15/18
Date